IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMIE DANIEL CID,

    Petitioner,      No. CIV S-07-0331 GEB GGH P

  vs.

WARDEN, MULE CREEK STATE PRISON,

    Respondent.      ORDER
_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    The application attacks a conviction issued by the Ventura County Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Ventura County. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: 3/2/07

                /s/ Gregory G. Hollows

                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

GGH:mp; cid0331.108